ACCEPTED
03-15-00741-CV
8359584
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/23/2015 12:19:51 PM
JEFFREY D. KYLE
CLERK



# City of Austin
# Law Department

301 W. 2nd Street, P.O. Box 1546
Austin, Texas 78767-1546
(512) 974-2268

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

12/23/2015 12:19:51 PM
JEFFREY D. KYLE
Clerk

Writer's Direct Line
(512) 974-2918

Writer's Fax Line
(512) 974-1311

December 23, 2015

*Via e-filing:*
Jeffrey D. Kyle, Clerk
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

RE:   **Notice of Change of Contact Information**
　　　Court of Appeals Number:   03-15-00741-CV
　　　Trial Court Case Number:   D-1-GN-13-000778

Style:   Charles N. Draper v. Greg Guernsey, in his Official Capacity as Director of Planning and Development Watershed Protection Review Department.

Dear Mr. Kyle,

Please take notice that the correct contact information for Appellees – Defendants' counsel of record, Andralee Lloyd, is as follows:

　　　ANDRALEE CAIN LLOYD
　　　Andralee.Lloyd@austintexas.gov
　　　City of Austin – Law Department
　　　P. O. Box 1088
　　　Austin, Texas 78767-1088
　　　Telephone: (512) 974-2918
　　　Facsimile: (512) 974-1311

Service of all pleadings, papers, notices, and documents required to be served in this action should be directed to the above-referenced contact details. Please update your records as needed.

Sincerely,

Andralee Lloyd
Assistant City Attorney

cc: Charles Draper (First Class Mail & CMRRR 91 7199 9991 7036 2336 6521)